UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ANTHONY SWAFFORD

        Plaintiff,

v.

Case No: 06-15093
Hon.: Arthur J. Tarnow

MATTHEW NICHOLS and
KIMBERLY TEOLIS
in their individual and official capacities,

        Defendants.

_____/

**FILED**

**JUL 3 1 2009**

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

### JURY VERDICT FORM

### CONSTITUTIONAL VIOLATIONS—KIMBERLY TEOLIS

We, the jury, make the following answers to the questions submitted by the Court:

**QUESTION NO. 1**:  Did Kimberly Teolis violate Michael Swafford's constitutional rights?

**ANSWER**: _____NO_____ (YES or **NO**)

    If your answer is "YES", go to Question No. 2.

    If your answer is "NO", do not answer any further questions on this form. The Foreperson is to sign this form.

**QUESTION NO. 2**:  Did Michael Swafford sustain injury as a result of the constitutional violation?

**ANSWER**: _____ (YES or NO)

    If your answer is "YES", go to Question No. 3.

    If your answer is "NO", do not answer any further questions on this form. The Foreperson is to sign this form.

**QUESTION NO. 3**: What is the total amount of Michael Swafford's damages to the present date for his injuries such as pain and suffering, disability, embarrassment, humiliation, outrage, fright and shock, mental distress and mental anguish?

**ANSWER**: $_____

   Go to Question No. 4.

**QUESTION NO. 4**: If you find that Michael Swafford will sustain future damages such as pain and suffering, disability, embarrassment, humiliation, outrage, fright and shock, mental distress and mental anguish what is the total amount of such damages for each year in which Michael Swafford will sustain damages?

   $_____ for 2009

   $_____ for 2010

   $_____ for 2011

   $_____ for 2012

   $_____ for 2013

   $_____ for 2014

   $_____ for 2015

   $_____ for 2016

   $_____ for 2017

   $_____ for 2018

   $_____ for 2019

   $_____ for 2020

   $_____ for 2021

   $_____ for 2022

   $_____ for 2023

   $_____ for 2024

   $_____ for 2025

$_____ for 2026

$_____ for 2027

$_____ for 2028

$_____ for 2029

$_____ for 2030

$_____ for 2031

$_____ for 2032

$_____ for 2033

$_____ for 2034

$_____ for 2035

$_____ for 2036

$_____ for 2037

$_____ for 2038

$_____ for 2039

$_____ for 2040

$_____ for 2041

$_____ for 2042

$_____ for 2043

$_____ for 2044

$_____ for 2045

$_____ for 2046

$_____ for 2047

$_____ for 2048

$_____ for 2049

$_____ for 2050

$_____ for 2051

$_____ for 2052

$_____ for 2053

$_____ for 2054

$_____ for 2055

$_____ for 2056

$_____ for 2057

$_____ for 2058

Go to Question No. 5.

**QUESTION NO. 5**:  Do you find that Michael Swafford is entitled to receive punitive damages?

**ANSWER**:  _____ (YES or NO)

    If your answer is "YES", go to Question No. 6.

    If your answer is "NO", do not answer any further questions on this form.  The Foreperson is to sign this form.

**QUESTION NO. 6**:  What is the amount of punitive damages to be awarded?

**ANSWER**:  $_____

Signed,

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.